# United States District Court
## For the Eastern District of Michigan
### Theodore Levin United States Courthouse
231 West Lafayette Blvd.
Detroit, Michigan 48226

Julian Abele Cook, Jr.
District Judge

(313) 234-5100

June 25, 2009

RECEIVED
2009 JUL -1 A 10: 49
FINANCIAL DISCLOSURE OFFICE

Honorable Bobby R. Baldock
Chair, Judicial Conference of the
 United States Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:     Calendar Years 2008 Filing

Dear Judge Baldock:

In response to your letter June 12, 2009, please be advised that the fund, identified in full name, is The Blackrock Global Floating Rate Income Trust.

If this information is insufficient, please advise at your earliest opportunity.



JAC/eac
enclosures (2)

**Cook_Julian_A**

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Cook, Jr., Julian A. | 2. Court or Organization U.S. District Court | 3. Date of Report 04/21/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 231 W. Lafayette Street Room 718 Detroit, Michigan 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A. | 04/21/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia Trial Advocacy College | January 10-11, 2008 | Charlottesville, Virginia | Trial Advocacy | Hotel, Meals and Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A. | 04/21/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Intel | A | Dividend | J | T | | | | | |
| 2. Vodafone | A | Dividend | J | T | | | | | |
| 3. Wal Mart | A | Dividend | K | T | | | | | |
| 4. RMA Money Market | A | Interest | K | T | | | | | |
| 5. US Savings Bonds | C | Interest | J | T | | | | | |
| 6. Cisco Systems | A | Dividend | K | T | | | | | |
| 7. Exxon Mobil | B | Dividend | L | T | | | | | |
| 8. General Electric | B | Dividend | K | T | | | | | |
| 9. ▮▮▮▮ Orangeburg, SC | | None | M | W | | | | | |
| 10. Lord Abbett Affiliated IRA | A | Dividend | J | T | | | | | |
| 11. Lord Abbett Affiliated IRA | A | Dividend | J | T | | | | | |
| 12. Lord Abbett Affiliated | A | Dividend | J | T | | | | | |
| 13. Lord Abbett Mid Cap IRA | A | Dividend | J | T | | | | | |
| 14. Lord Abbett Mid Cap | A | Dividend | K | T | | | | | |
| 15. Lord Abbett Mid Cap | A | Dividend | K | T | | | | | |
| 16. Verizon | A | Dividend | J | T | | | | | |
| 17. Quest | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alliance Bernstein Muni Fund | D | Dividend | M | T | | | | | |
| 19. Alliance Bernstein Muni Fund | D | Dividend | M | T | | | | | |
| 20. General Motors | A | Dividend | J | T | | | | | |
| 21. Federated Muni Opportunity Fund | A | Dividend | K | T | | | | | |
| 22. Federated Muni Opportunity Fund | A | Dividend | L | T | | | | | |
| 23. Eaton Vance National Muni Fund | C | Dividend | L | T | | | | | |
| 24. Amgen | A | Dividend | J | T | | | | | |
| 25. Home Depot | A | Dividend | | | Sold | 07/09 | J | A | UBS |
| 26. AT&T | A | Dividend | J | T | | | | | |
| 27. Apple | A | Dividend | L | T | Sold (part) | 07/09 | J | D | UBS |
| 28. Citigroup | A | Dividend | | | Sold | 07/09 | J | A | UBS |
| 29. Idearc | A | Dividend | J | T | | | | | |
| 30. Lord Abbett Balanced Fund | A | Dividend | L | T | | | | | |
| 31. Lord Abbett Balanced Fund | A | Dividend | L | T | | | | | |
| 32. Lord Abbett Balanced Fund IRA | A | Dividend | J | T | | | | | |
| 33. MFS Muni High Income Fund | A | Dividend | J | T | | | | | |
| 34. Henderson Global Opp | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Henderson Global Opp | A | Dividend | K | T | | | | | |
| 36.  Henderson Global Opp | A | Dividend | J | T | | | | | |
| 37.  Henderson Global Opp IRA | A | Dividend | J | T | | | | | |
| 38.  Henderson Global Opp IRA | A | Dividend | J | T | | | | | |
| 39.  Lord Abbett Small Cap Blend Fund | A | Dividend | J | T | | | | | |
| 40.  Blackrock | A | Interest | K | T | Redeemed (part) | 06/11 | K | A | UBS |
| 41.  Mainstay MAP Fund | A | Dividend | J | T | | | | | |
| 42.  Mainstay MAP Fund | A | Dividend | J | T | | | | | |
| 43.  INGDiversified Intl. Fund | A | Dividend | K | T | | | | | |
| 44.  Goldman Sachs Muni Fund | B | Dividend | K | T | | | | | |
| 45.  Goldman Sachs Muni Fund | B | Dividend | K | T | | | | | |
| 46.  First Trust Alt Energy Fund | A | Dividend | J | T | Buy | 07/09 | K | | UBS |
| 47.  Dreyfus High Yield Muni Fund | C | Dividend | L | T | Buy | 07/09 | L | | UBS |
| 48.  Fairpoint | A | Dividend | J | T | Spinoff (from line 16) | 04/01 | J | | UBS |
| 49.  Ford Motor | A | Dividend | J | T | Buy | 12/31 | J | | UBS |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A. | 04/21/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFUL[...] [...]CT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**Audit Report - Cook, Jr., Julian A.**

The review of your report has been completed. It is designed to remind you of certain reporting requirements and to catch common errors, such as the omission of required information or the selection of an incorrect income or value code.

At this time, the review feature cannot conduct a comparison between Part VII of your current and prior reports to check for assets which were added or omitted without the required transaction information in Column D or an explanation in Part VIII. In addition, the software cannot determine whether the description in Column A lists the full name of a mutual fund, e.g., Merrill Lynch Europacific mutual fund, or the full name of the financial institution where an account is held, e.g., Smith Barney Money Market Fund. It is also difficult for the software to note omissions or errors in IRAs and Trusts when the aggregate reporting method is used but the dash is not included before each asset in the aggregate account.

Most items flagged by this review require correction or completion. Certain additional items are included as general reminders. After making your corrections, please repeat this review process to ensure that you did not inadvertently introduce additional errors into your report.

**The review of your report noted no errors in those areas checked for inconsistencies.**

If this report is unclear or you have a question about its advice, please call the staff of the Committee on Financial Disclosure, at (202) 502-1850.